**Order entered February 14, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01336-CR

**RICKEY DARRELL MILLER, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76695-U**

## ORDER

The Court has before it the February 13, 2017 request for an extension of time filed by court reporter Sasha Brooks. We **GRANT** the request and **ORDER** the reporter's record filed on or before March 1, 2017.

/s/     LANA MYERS
           JUSTICE